UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Wayne B. Sargent

      v.                          Case No. 12-cv-102-SM

NH Department of Corrections,
Commissioner, et al.

O R D E R

For the reasons set forth therein, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 5, 2012, no objection having been filed (document no. 12).  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion for Temporary Restraining Order (document no. 10) is hereby denied.

SO ORDERED.

May 1, 2012
```
 /s/ Steven J. McAuliffe
```
_____
Steven J. McAuliffe
United States District Judge


cc: Wayne B. Sargent, pro se