UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Wayne B. Sargent

   v.                                   Civil No. 12-cv-102-SM

N.H. Department of Corrections et al.[1]

**O R D E R**

   Before this court is pro se plaintiff Wayne Sargent's motion to reconsider (doc. no. 19) the August 31, 2012, report and recommendation (doc. no. 17), which recommended dismissal of the complaint in its entirety.  Sargent seeks reconsideration of the August 31 report and recommendation (doc. no. 17), to the extent that this court recommended dismissal of Sargent's claims on the ground that they were barred by the doctrine of collateral estoppel.  For reasons set forth in the supplemental report and recommendation issued this date, the court hereby denies the motion to reconsider.  The supplemental report and recommendation issued this date provides additional grounds to

---

[1] Defendants named in the complaint are William Wrenn, New Hampshire Department of Corrections ("NH DOC") Commissioner; Chris Kench, NH DOC Assistant Commissioner; Richard Gerry, New Hampshire State Prison ("NHSP") Warden; Helen Hanks, NHSP Director of Forensics; Kim Marsh, Director of the NHSP Sex Offender Treatment Program; and New Hampshire Adult Parole Board members Pierre Morin, Mark Furlone, Jeffrey Brown, Megan Devorsey, Kathryn McCarrol, Dick Flynn, and Donna Sytek.

support the recommendation of dismissal set forth in the August 31 report and recommendation (doc. no. 17), rendering reconsideration unwarranted.

Pursuant to United States District Court District of New Hampshire Local Rule 7.2(e) and Fed. R. Civ. P. 72(b)(2), any objections to the August 31 report and recommendation (doc. no. 17), and to the supplemental report and recommendation issued this date, must be filed within fourteen days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011), cert. denied, 132 S. Ct. 1045 (2012); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

January 31, 2013

cc: Wayne B. Sargent, pro se

LBM:nmd