UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Wayne B. Sargent

                v.

                                      Case No. 12-cv-102-SM

N.H. Department of Corrections,
Commissioner, et al.

O R D E R

No objections having been filed, I herewith approve the Report and Recommendation and the Supplemental Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 31, 2012 and January 31, 2013, respectively. Plaintiff's complaint (document nos. 1 and 15) is hereby dismissed in its entirety.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Clerk of Court shall enter judgment in accordance with this

order and close the case.

    SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: February 28, 2013

cc: Wayne B. Sargent, pro se